909 A.2d 721

PATRICIA LIGUORI, ETC., ET AL., PLAINTIFFS–PETITIONERS, v.
ELLIE ELMANN, M.D., JAMES B. HUNTER, M.D., AND CARDI-
AC SURGER GROUP, DEFENDANTS–RESPONDENTS, AND
PETER PRAEGER, M.D., ET AL., DEFENDANTS.

October 20, 2006.

This matter having come before the Court on an appeal as of right based on a partial dissent from the judgment of the Appellate Division

And plaintiffs having properly sought certification on the issues not included in the dissent,

And good cause appearing;

IT IS ORDERED that the petition for certification is granted.